UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union Of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees, | Court File No. 09-0067 PAM/RLE |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| vs. | |
| Apex Mechanical, Inc., and Steven H. Young, d/b/a Apex Mechanical Plumbing, Heating & Utilities, | |
| Defendants. | |

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: <u>April 14</u>, 2010      BY THE COURT:

                                             <u>s/Paul A. Magnuson</u>
                                             The Honorable Paul A. Magnuson
                                             United States District Court Judge